# New Hope Borough *v.* Postal Telegraph Cable Company.

Argued Nov. 21, 1900. Appeal, No. 128, Oct. T., 1900, by defendant, from judgment of C. P. Bucks Co., Jan T., 1899, No. 10, on verdict for plaintiff in case of Borough of New Hope *v.* Postal Telegraph Cable Company. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

*Frank R. Shattuck,* for appellant.

*William C. Ryan,* for appellee.

PER CURIAM, February 14, 1901 :

This case differs in no essential feature from the case of the same borough against the Western Union Telegraph Co., No 101, October term, 1900, in which we have this day filed an opinion.

Judgment affirmed.